# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| United States of America | } |
| | } |
| v. | }   CRIMINAL ACTION NO. H-04-354 |
| | } |
| John Buford Frazier, Jr. | } |

## ORDER DENYING STAY OF THE PROCEEDINGS

On this day came on to be considered the Defendant's Motion for Stay of the Proceedings, and after having considered the same, the Court is of the opinion that said motion should be DENIED.

**SIGNED** at Houston, Texas, this 12th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE